DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BEAVERS,<br><br>               Plaintiff,<br><br>        v.<br><br>CITY OF TURLOCK, a municipal corporation, Turlock Police Department Officers GREGORY W. ROTON, Individually, DUSTIN M. FERREIRA, Individually, GABRIEL GONZALEZ, Individually, PAUL INDERBITZEN, Individually, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>               Defendants. | Case No.: 1:16-cv-01878-LJO-BAM<br><br>**STIPULATION RE: STATUS CONFERENCE; ORDER** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RANDY BEAVERS ("Plaintiff") and Defendants CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN ("Defendants") hereby respectfully request continuation of the status conference.

On December 16, 2016, the Court ordered a Mandatory Scheduling Conference for March 21, 2017. (Dkt. No. 3). The parties have met-and-conferred, and respectfully request the conference be continued until April 11, 2017, with the Joint Scheduling Report due the week

160871.1

1  beforehand (April 4, 2017).

2     Good cause exists for this request. One of Plaintiff's attorneys, Sanjay Schmidt, will be on vacation out-of-state from March 18-28, 2017. Mr. Schmidt's participation is necessary for the Scheduling Conference.

   Based on the foregoing circumstances, by and through their respective counsel of record, the parties hereby stipulate, and respectfully request the following:

   1.  That the Scheduling Conference be continued from March 21, 2017 until April 11, 2017.

   2.  That the Joint Scheduling Report be due April 4, 2017.

Respectfully submitted,

Dated:  March 7, 2017           LAW OFFICES OF SANJAY S. SCHMIDT

                                By:  */s/ Sanjay S. Schmidt*
                                     SANJAY S. SCHMIDT
                                     Attorneys for Plaintiff
                                     RANDY BEAVERS

Dated:  March 7, 2017           LAW OFFICES OF PANOS LAGOS

                                By:  */s/ Panos Lagos*
                                     PANOS LAGOS
                                     Attorneys for Plaintiff
                                     RANDY BEAVERS

Dated:  March 7, 2017           ALLEN, GLAESSNER,
                                HAZELWOOD & WERTH, LLP

                                By:  */s/ Kevin P. Allen*
                                     DALE L. ALLEN, JR.
                                     KEVIN P. ALLEN
                                     Attorneys for Defendants
                                     CITY OF TURLOCK; GREGORY W.
                                     ROTON; DUSTIN M. FERREIRA; GABRIEL
                                     GONZALEZ; and PAUL INDERBITZEN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

160871.1

Pursuant to the stipulation of the parties, and cause appearing, the Initial Scheduling Conference currently scheduled for March 21, 2017, at 9:00 a.m. shall be continued.  As the date requested by the parties cannot be accommodated due to the Court's impacted docket, the scheduling conference is HEREBY CONTINUED to **April 13, 2017, at 9:30 a.m. in Courtroom 8 (BAM)** before the undersigned.  A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF on or before **April 6, 2017**, and shall be e-mailed in Word format to bamorders@caed.uscourts.gov.  The parties may appear telephonically for the scheduling conference with each party using the following dial-in number and passcode: **dial-in number:  1-877-411-9749; passcode:  3190866.**

IT IS SO ORDERED.

Dated:   **March 8, 2017**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE