ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BEAVERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TURLOCK, a municipal corporation, Turlock Police Department Officers GREGORY W. ROTON, Individually, DUSTIN M. FERREIRA, Individually, GABRIEL GONZALEZ, Individually, PAUL INDERBITZEN, Individually, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01878-LJO-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN ALLEGATIONS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED among the parties, through their respective counsel, that the following allegations from the Complaint be dismissed with prejudice.

　　1.　"Plaintiff endured further substantial mental and emotional distress in worrying whether or not he would be disciplined or terminated from his employment." (Dkt. No. 1, ¶ 20);

　　2.　"… fear, anxiety, sleeplessness …" (Dkt. No. 1, ¶ 22(e)); and

　　3.　The ninth cause of action, titled "Intentional Infliction of Emotional Distress" (Dkt. No. 1, ¶¶ 69-72)

The parties further stipulate to the following:

　　1.　Plaintiff RANDY BEAVERS ("Plaintiff") specifically disclaims any allegation for a specific mental or psychiatric injury or disorder, or unusually severe emotional distress.

　　2.　To the extent Plaintiff seeks recovery for emotional distress damages, such damages are limited to so-called "garden variety" emotional distress. Plaintiff is

barred from pursuing any of the following: (1) a claim for intentional or negligent inflicition of emotional distress; (2) an allegation of a specific mental or psychiatric injury or disorder; and (3) a claim of unusually severe emotional distress. Plaintiff is also barred from offering expert testimony to support a claim of his emotional distress. See *Turner v. Imperial Stores*, 161 F.R.D. 89, 95 (S.D. Cal. 1995).

Respectfully Submitted,

Dated: January 2, 2018

LAW OFFICES OF SANJAY S. SCHMIDT AND
LAW OFFICES OF PANOS LAGOS

By: */s/ Panos Lagos*
PANOS LAGOS
Attorneys for Plaintiff
RANDY BEAVERS

Dated: January 2, 2018

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN

**PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: **January 4, 2018**        */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE