1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF CALIFORNIA

7

8    RANDY BEAVERS,                          No. 1:16-CV-01878 LJO BAM

9                    Plaintiff,              **ORDER REGARDING SETTLEMENT
                                             CONFERENCE PROCEDURES**
10           v.

11   CITY OF TURLOCK, ETAL.,

12                   Defendants.

13

14

15           The Court sets a settlement conference for May 8, 2018, 2018, at 1:00 PM before

16   Magistrate Judge Erica P. Grosjean.

17           Unless otherwise permitted in advance by the Court, the attorneys who will try the case

18   shall appear at the Settlement Conference. It is recommended that pertinent evidence to be offered

19   at trial, documents or otherwise, be brought to the settlement conference for presentation to the

20   settlement judge.  Neither the settlement conference statements nor communications during the

21   settlement conference with the settlement judge can be used by either party in the trial of this

22   case.

23           Absent permission from the Court, in addition to counsel who will try the case being

24   present, the individual parties shall also be present[1].  In the case of corporate parties, associations

25   or other entities, and insurance carriers, a representative executive with authority to discuss,

26   consider, propose and agree, or disagree, to any settlement proposal or offer shall also be present.

27   _____

28   [1] In prisoner civil rights cases, a representative from the Attorney General's Office is sufficient as a party
     representative.                          1

1  A representative with unlimited authority shall either attend in person or be available by phone

2  throughout the conference.  In other words, having settlement authority "up to a certain amount"

3  is not acceptable.

4  **IF ANY PARTY BELIEVES THAT A SETTLEMENT CONFERENCE WOULD**

5  **BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER**

6  **THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT**

7  **CONFERENCE.**

8  *Confidential Settlement Statements*

9  At least five (5) court days prior to the settlement conference, each party shall submit a

10  Confidential Settlement Conference Statement in Word format directly to Judge Grosjean's

11  Chambers at epgorders@caed.uscourts.gov.  The statement shall not be filed on the docket or

12  served on any other party.  Each statement shall be clearly marked "confidential" with the date

13  and time of the settlement conference clearly noted on the first page.  The Confidential Settlement

14  Conference Statement shall include the following:

15  A.  A brief statement of the facts of the case.

16  B.  A brief statement of the claims and defenses, i.e., statutory or other grounds

17  upon which the claims are founded; a forthright evaluation of the parties'

18  likelihood of prevailing on the claims and defenses; and a description of the major

19  issues in dispute.

20  C.  A summary of the proceedings to date.

21  D.  An estimate of the cost and time to be expended for further discovery, pretrial

22  and trial.

23  E.  The relief sought.

24  F.  The party's position on settlement, including present demands and offers and a

25  history of past settlement discussions, offers and demands.

26  The parties shall contact that the designated settlement conference judge's chambers to

27  ascertain whether additional settlement conference procedures are required.

28  ///

2

1　IT IS SO ORDERED.

2

3　　Dated:　　**March 19, 2018**　　　　　　　　/s/ *Eric P. Groj*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3