DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN
M. FERREIRA; GABRIEL GONZALEZ; and PAUL
INDERBITZEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BEAVERS,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF TURLOCK, a municipal corporation, Turlock Police Department Officers GREGORY W. ROTON, Individually, DUSTIN M. FERREIRA, Individually, GABRIEL GONZALEZ, Individually, PAUL INDERBITZEN, Individually, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>              Defendants. | Case No.: 1:16-cv-01878-LJO-BAM<br><br>**STIPULATION RE: CONTINUANCE; ORDER DENYING IN PART** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RANDY BEAVERS ("Plaintiff") and Defendants CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN ("Defendants") hereby respectfully request modification of certain case deadlines.

On April 17, 2017, the Court issued a Scheduling Order in this case. The Order set various deadlines, including: non-expert discovery (February 16, 2018); expert disclosure (March 23,

2018); rebuttal expert disclosure (April 20, 2018); expert discovery (May 18, 2018); pretrial motion filing deadline (June 29, 2018); pretrial conference (October 17, 2018); and trial (December 4, 2018).

The parties previously extended the fact discovery deadline until April 2, 2018 (Dkt. No. 22), in order to complete the depositions of Plaintiff and his wife, a third-party witness, and Plaintiff's treating physicians. The depositions of Plaintiff, his wife, and the third-party witness all completed last month. The parties are holding-off on the doctor depositions, to see if the case resolves beforehand.

The parties informally extended the expert disclosure date between themselves, until April 6, 2018.

The parties have never requested extension of the following deadlines: rebuttal disclosure, expert discovery, pretrial motion deadline, pretrial conference, and trial. The parties have met-and-conferred, and respectfully request extension of those deadlines. The cumulative effect of these extensions would be to continue the trial date by one week (until December 11, 2018).

Good cause exists for this request. The parties are attempting to resolve this matter. On March 19, 2018, a settlement conference was scheduled before Magistrate Judge Grosjean (Dkt. No. 24). It is set for May 8, 2018. (*Id.*) The parties wish to avoid unnecessary litigation time and expense, while the conference is pending.

Based on the foregoing circumstances, by and through their respective counsel of record, the parties hereby stipulate, and respectfully request the following:

1. That the expert disclosure deadline be continued until June 5, 2018;
2. That the rebuttal expert disclosure deadline be continued from April 20, 2018 until June 26, 2018;
3. That the expert discovery deadline be continued from May 18, 2018 until July 17, 2018;
4. That the pretrial motion filing deadline be continued from June 29, 2018 until August 24, 2018;
5. That the pretrial conference date be continued from October 17, 2018 until

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1 December 12, 2018; and

2    6. That the trial date be continued from December 4, 2018 until January 28, 2019.

3 If January 28, 2019 is unavailable on the Court's trial calendar, the parties respectfully request a trial-setting conference, to set a new date. Both parties' trial calendars are impacted the first few months of 2019.

Respectfully submitted,

Dated: April 6, 2018     LAW OFFICES OF SANJAY S. SCHMIDT

By:  */s/ Sanjay S. Schmidt*
    SANJAY S. SCHMIDT
    Attorneys for Plaintiff
    RANDY BEAVERS

Dated: April 6, 2018     LAW OFFICES OF PANOS LAGOS

By:  */s/ Panos Lagos*
    PANOS LAGOS
    Attorneys for Plaintiff
    RANDY BEAVERS

Dated: April 6, 2018     ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By:  */s/ Kevin P. Allen*
    DALE L. ALLEN, JR.
    KEVIN P. ALLEN
    Attorneys for Defendants
    CITY OF TURLOCK; GREGORY W.
    ROTON; DUSTIN M. FERREIRA; GABRIEL
    GONZALEZ; and PAUL INDERBITZEN

///

///

///

///

///

226044.1

# ORDER

The parties' Stipulation and Proposed Order to continue the expert discovery, pretrial, and trial deadlines is DENIED IN PART. (Doc. 25). A scheduling order may be modified only for good cause. Fed. R. Civ. P. 16(b). The only good cause offered by the parties is ongoing settlement discussions. The parties' desire to resolve this matter informally, while noble, does not constitute good cause to modify the scheduling order. *See Lehman Bros. Holdings v. Golden Empire Mortg., Inc.*, No. 09-cv-01018-LJO-JLT 2010 WL 2679907 *2 (E.D. Cal., July 2, 2010) (Here, the parties' willingness to settle this case is admirable. However, settlement discussions generally are not an unanticipated development.). Nonetheless, in the interests of judicial economy, the Court will grant the parties some relief from the scheduling order as follows:

1. The Expert Disclosure deadline is CONTINUED to June 5, 2018;
2. The Rebuttal Expert Disclosure deadline is CONTINUED to June 26, 2018;
3. The Expert Discovery deadline is CONTINUED to July 17, 2018;
4. This extension of time to complete expert discovery does not alter the date of any other event or deadline already fixed by the Court's scheduling order. (Doc. 13). Accordingly, the pretrial motion filing deadline, and the dates for the pretrial conference and the trial remain as set forth in the April 17, 2017 scheduling order. (Doc. 13).

IT IS SO ORDERED.

Dated: **April 10, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE