DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BEAVERS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TURLOCK, a municipal corporation, Turlock Police Department Officers GREGORY W. ROTON, Individually, DUSTIN M. FERREIRA, Individually, GABRIEL GONZALEZ, Individually, PAUL INDERBITZEN, Individually, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>    Defendants. | Case No.: 1:16-cv-01878-LJO-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL MOTION DEADLINE** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RANDY BEAVERS ("Plaintiff") and Defendants CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN ("Defendants") hereby respectfully requests an approximate three-week extension of the pretrial motion filing deadline: from June 29, 2018 to July 19, 2018.

## I. PRIOR EXTENSIONS

On April 17, 2017, the Court issued a Scheduling Order in this case. The Order set various deadlines, including: non-expert discovery (February 16, 2018); expert disclosure (March 23, 2018); rebuttal expert disclosure (April 20, 2018); expert discovery (May 18, 2018); pretrial motion filing deadline (June 29, 2018); pretrial conference (October 17, 2018); and trial (December 4, 2018).

The parties previously extended the fact discovery deadline until April 2, 2018 (Dkt. No. 22), in order to complete the depositions of Plaintiff and his wife, a third-party witness, and Plaintiff's treating physicians. Fact discovery is now complete.

The parties informally extended the expert disclosure date between themselves, until April 6, 2018.

On April 6, 2018, the parties requested extension of the rebuttal disclosure, expert discovery, pretrial motion deadline, pretrial conference, and trial. (Dkt. No. 25). The Court granted the request as to expert disclosure, rebuttal and expert discovery (Dkt. No. 26). It denied it as to pretrial motion deadline, pretrial conference, and trial. (Dkt. No. 26).

## II. GOOD CAUSE FOR CURRENT REQUEST

Good cause exists to extend the pretrial filing deadline. The parties attended a settlement conference before Magistrate Judge Grosjean on May 8, 2018. (Dkt. No. 29). While the matter did not resolve on that date, lines remained open. On June 19th, both parties indicated to Judge Grosjean their desire to continue discussions. Each party is going to speak with her Honor the week of June 25th-29th. This is the best opportunity, to-date, the case has ever had at settling.

///
///
///
///
///
///
///

In order to facilitate these talks and maximize their chance of success, the parties respectfully request extension of the pretrial motion filing deadline three weeks (from June 29th to July 19th).[1] Otherwise, the parties believe the attorneys' fees and costs incurred from summary judgment motion work will scuttle any possible settlement.

Respectfully Submitted,

Dated: June 20, 2018

LAW OFFICES OF SANJAY S. SCHMIDT AND
LAW OFFICES OF PANOS LAGOS

By: */s/ Sanjay Schmidt*
SANJAY SCHMIDT
PANOS LAGOS
Attorneys for Plaintiff
RANDY BEAVERS

Dated: June 20, 2018

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF TURLOCK; GREGORY W. ROTON; DUSTIN M. FERREIRA; GABRIEL GONZALEZ; and PAUL INDERBITZEN

---

[1] A motion filed on Thursday, July 19th would mean a hearing date on Thursday, August 16th. That is approximately 8 weeks before the October 17th pretrial conference. This differentiates this stipulation from *Lehman Bros. Holdings v. Golden Empire Mortg., Inc.*, No. 1:09-CV-01018LJOJLT, 2010 WL 2679907, at *3 (E.D. Cal. July 2, 2010), where the proposed extension only left two weeks between the MSJ hearing and the pretrial conference.

This case is also different from *Lehman* because, if granted, it would be the first extension of the pretrial filing deadline. The parties in *Lehamn* had already obtained one extension, and were attempting a second. *Lehman*, *supra*, at * 1. It was this additional attempt (at extending the dispositive motion deadline) the Court denied.

## ORDER

Pursuant to the stipulation of the parties, and for some cause shown, the pretrial motion filing deadline is extended from June 29, 2018, to July 19, 2018. The parties are cautioned that the delay in filing pretrial dispositive motions may result in those motions not being resolved prior to the pretrial conference in this action. The parties also are cautioned that further modifications of the scheduling conference order will not be granted absent a showing of good cause. Fed. R. Civ. P. 16(b).

IT IS SO ORDERED.

Dated: **June 21, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE