**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
T: (510) 530-4078
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
**RANDY BEAVERS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY BEAVERS**, | Case No. 1:16-cv-01878-LJO-BAM |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR ATTORNEY'S FEES & COSTS; ORDER** |
| vs. | |
| **CITY OF TURLOCK**, a municipal corporation, et al., | |
| Defendants. | (ECF No. 35) |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RANDY BEAVERS ("Plaintiff") and Defendants CITY OF TURLOCK, et al., hereby respectfully request a 60-day extension of the deadline by which to file dispositional documents and/or a motion for attorney's fees and costs, from **September 7**, **2018**, as prescribed by the Court's Minute Order memorializing the parties' acceptance of the mediator's proposal (ECF No. 34), to **November 6**, **2018**, in order to provide the parties with additional time within which to meet-and-confer, and potentially obviate the need to litigate a motion.

Stipulation & Order Re: Deadline for Filing of Motion for Fees & Costs
*Beavers v. City of Turlock, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-01878-LJO-BAM    1

Respectfully submitted,

Dated: September 6, 2018			LAW OFFICES OF SANJAY S. SCHMIDT


					By: */s/ Sanjay S. Schmidt*
						SANJAY S. SCHMIDT
						Attorneys for Plaintiff
						RANDY BEAVERS

Dated: September 6, 2018			LAW OFFICES OF PANOS LAGOS


					By: */s/ Panos Lagos*
						PANOS LAGOS
						Attorneys for Plaintiff
						RANDY BEAVERS

Dated: September 6, 2018			ALLEN, GLAESSNER,
						HAZELWOOD & WERTH, LLP


					By: */s/ Kevin P. Allen*
						DALE L. ALLEN, JR.
						KEVIN P. ALLEN
						Attorneys for Defendants
						CITY OF TURLOCK; GREGORY W.
						ROTON; DUSTIN M. FERREIRA; GABRIEL
						GONZALEZ; and PAUL INDERBITZEN


**ORDER**

Pursuant to the foregoing stipulation (ECF No. 35), and finding good cause,

IT IS ORDERED that the parties are GRANTED a 60-day extension of the deadline by which to file dispositional documents and/or a motion for attorney's fees and costs, from September 7, 2018, as prescribed by the Court's Minute Order memorializing the parties' acceptance of the mediator's proposal (ECF No. 34), to November 6, 2018.

IT IS SO ORDERED.

Dated:  **September 6, 2018**			/s/ Erica P. Grosjean
						UNITED STATES MAGISTRATE JUDGE

Stipulation & Order Re: Deadline for Filing of Motion for Fees & Costs
*Beavers v. City of Turlock, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-01878-LJO-BAM					2