**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
T: (510) 530-4078
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
**RANDY BEAVERS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY BEAVERS**, | Case No. 1:16-cv-01878-LJO-BAM |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING OF MOTION FOR ATTORNEY'S FEES & COSTS; ORDER** |
| vs. | |
| **CITY OF TURLOCK**, a municipal corporation, et al., | (ECF No. 37) |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RANDY BEAVERS ("Plaintiff") and Defendants CITY OF TURLOCK, et al., hereby respectfully request a **three-week** extension of the deadline by which to file dispositional documents and/or a motion for attorney's fees and costs, from **November 6**, **2018**, as prescribed by the first extension from the original date prescribed by the Court's Minute Order memorializing the parties' acceptance of the mediator's proposal (ECF No. 34), **September 7**, **2018**, to **November 27**, **2018**, in order to provide the parties with additional time within which to

Stipulation & Order Re: Deadline for Filing of Motion for Fees & Costs
*Beavers v. City of Turlock, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-01878-LJO-BAM                    1

meet-and-confer, and potentially obviate the need to litigate a motion.

As noted above, this is the second extension requested by the parties. The reason is for the extension is that Plaintiff's counsel has been awaiting an Order on a motion for attorney's fees in a different matter that is also venued in the Eastern District, which counsel anticipated would be directly instructive as to the rates for counsel in this case.

Respectfully submitted,

Dated: November 15, 2018   LAW OFFICES OF SANJAY S. SCHMIDT

By: _/s/ Sanjay S. Schmidt_
 SANJAY S. SCHMIDT
 Attorneys for Plaintiff
 RANDY BEAVERS

Dated: November 15, 2018   LAW OFFICES OF PANOS LAGOS

By: _/s/ Panos Lagos_
 PANOS LAGOS
 Attorneys for Plaintiff
 RANDY BEAVERS

Dated: November 15, 2018   ALLEN, GLAESSNER,
 HAZELWOOD & WERTH, LLP

By: _/s/ Kevin P. Allen_
 DALE L. ALLEN, JR.
 KEVIN P. ALLEN
 Attorneys for Defendants
 CITY OF TURLOCK; GREGORY W.
 ROTON; DUSTIN M. FERREIRA; GABRIEL
 GONZALEZ; and PAUL INDERBITZEN

Stipulation & Order Re: Deadline for Filing of Motion for Fees & Costs
*Beavers v. City of Turlock, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-01878-LJO-BAM                                    2

# ORDER

Pursuant to the stipulation of the parties (ECF No. 37), and finding good cause,

IT IS ORDERED that the parties are granted an extension to **November 27, 2018** to file dispositional documents and/or a motion for attorney's fees and costs, as prescribed by the Court's Minute Order memorializing the parties' acceptance of the mediator's proposal (ECF No. 34).

IT IS SO ORDERED.

Dated: **November 15, 2018**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order Re: Deadline for Filing of Motion for Fees & Costs
*Beavers v. City of Turlock, et al.*
USDC (E.D. Cal.) Case No.: 1:16-cv-01878-LJO-BAM    3